# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA OVALLE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10 inclusive,<br><br>Defendant, | Case No.: 4:25-cv-06873-JST<br><br>*Assigned Judge: Judge Jon S. Tigar*<br>*Magistrate Judge:*<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: March 27, 2026                    By:_____

                                              Hon. Jon S. Tigar

                                              United States District Judge

[PROPOSED] ORDER OF DISMISSAL